1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gregory P. Gilmer, Bar No. 212067
*greg.gilmer@kleinthomaslaw.com*
**KLEIN THOMAS LEE & FRESARD**
1920 Main St., Ste. 230
Irvine, California 92614
Tel: (949) 676-4570

*Attorneys for Defendant FCA US LLC*

Matthew J. Preusch, Bar No. 298144
*mpreusch@kellerrohrback.com*
**KELLER ROHRBACK L.L.P.**
801 Garden St., Suite 301
Santa Barbara, California 93101
Tel: (805) 456-1496 / Fax: (805) 456-1497

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSHUMAN SINGH, *et. al*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FCA US LLC, *et al.*,<br><br>        Defendants. | Case No. 4:23-cv-00452-HSG<br><br>**ORDER GRANTING STIPULATION RE: TOLLING AGREEMENT** |

/ / /
/ / /
/ / /
/ / /

1

1     Before the Court is the Parties' stipulation on a tolling agreement concerning

2 Stellantis N.V. **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 Date:   4/6/2023

5                              Honorable Haywood S. Gilliam, Jr.

6                              United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATION RE: TOLLING AGREEMENT**