Matthew J. Preusch (CSB No. 298144)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496
Fax (805) 456-1497
mpreusch@kellerrohrback.com

*Attorney for Plaintiffs*
[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ANSHUMAN SINGH, THERESA CLARK, JEREMY ERSKINE, MICHAEL LINDGREN, JEFFREY MONHEIT, MACKENZIE PIRIE, AMY SCHACHOW, and JOSHUA TAYLOR, Individually and on Behalf of All Others Similarly Situated, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STELLANTIS N.V. and FCA US LLC,<br><br>Defendants. | No. 4:23-cv-00452-HSG<br><br>**NOTICE OF DISMISSAL OF DEFENDANT STELLANTIS N.V. PURSUANT TO FED R. CIV. P. 41(1)(a)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(i) and the Parties' Stipulation re: Tolling Agreement, ECF No. 22, Plaintiffs Anshuman Singh, Theresa Clark, Jeremy Erskine, Michael Lindgren, Jeffrey Monheit, Mackenzie Pirie, Amy Schachow, and Joshua Taylor hereby dismiss all causes of action against Defendant Stellantis N.V. without prejudice. For the avoidance of doubt, all claims against FCA US LLC remain pending.

Stellantis has not filed an answer to the complaint or a motion for summary judgment as to these claims. Dismissal under Rule 41(1)(a)(i) is therefore appropriate.

DATED this 13th day of April, 2023.

                KELLER ROHRBACK L.L.P.

By */s/ Matthew J. Preusch*
    Matthew J. Preusch (CSB No. 298144)
    KELLER ROHRBACK L.L.P.
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    (805) 456-1496
    Fax (805) 456-1497
    mpreusch@kellerrohrback.com

    Gretchen Freeman Cappio (pro hac vice forthcoming)
    Ryan McDevitt (pro hac vice forthcoming)
    Emma Wright (pro hac vice forthcoming)
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    (206) 623-1900
    Fax (206) 623-3384
    gcappio@kellerrohrback.com
    rmcdevitt@kellerrohrback.com
    ewright@kellerrohrback.com

    E. Powell Miller (pro hac vice forthcoming)
    Sharon S. Almonrode (pro hac vice forthcoming)
    THE MILLER LAW FIRM, P.C.
    Miller Building
    950 West University Drive, Suite 300
    Rochester, MI 48307
    Telephone: (248) 841-2200
    Fax: (248) 652-2852
    epm@millerlawpc.com
    ssa@millerlawpc.com

    *Attorneys for Plaintiffs*