GREGORY P. GILMER, Bar No. 212067
*greg.gilmer@kleinthomaslaw.com*
KRISTYN WONG, Bar No. 346644
*kristyn.wong@kleinthomaslaw.com*
**KLEIN THOMAS LEE & FRESARD**
1920 Main St., Ste. 230
Irvine, California 92614
Tel: (949) 676-4570

Stephen A. D'Aunoy (to be admitted *pro hac vice*)
*sdaunoy@thompsoncoburn.com*
Scott H. Morgan (to be admitted *pro hac vice*)
*smorgan@thompsoncoburn.com*
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, Missouri 63101
Tel: (314) 552-6000

*Attorneys for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSHUMAN SINGH, *et. al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FCA US LLC, *et al.*,<br><br>    Defendants. | Case No. 4:23-cv-00452-HSG<br><br>**DEFENDANT FCA US LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE: MOTION TO DISMISS (ECF #25)** |

Defendant FCA US LLC filed a motion to dismiss directed at Plaintiffs' Class Action Complaint. *See* ECF #25. In response, Plaintiffs amended their pleading and filed a First Amended Class Action Complaint ("FAC"). *See* ECF #39. Thereafter, on April 24, 2023, the Court ordered FCA US to show cause as to why its motion to dismiss directed at Plaintiffs' original Complaint should not be dismissed in light of the filing of the FAC. *See* ECF #42.

For its response to the Court's Order to Show Cause, FCA US states it agrees that its motion to dismiss directed at Plaintiffs' Class Action Complaint is moot, and that it can be denied as moot. The filing of a First Amended Class Action Complaint does not, however, moot FCA US's pending motion to transfer under the first-to-file rule. *See* ECF #23. FCA US further states that the Parties are discussing a proposed stipulation concerning the deadline for FCA US's response to the FAC and a possible briefing schedule for any motion to dismiss that may be directed thereto.

Dated: April 27, 2023

**KLEIN THOMAS LEE & FRESARD**

By:  /s/  Kristyn Wong
Gregory P. Gilmer
Kristyn Wong

*-and-*

**THOMPSON COBURN LLP**

Stephen A. D'Aunoy (to be admitted *pro hac vice*)
Scott H. Morgan (to be admitted *pro hac vice*)

*Attorneys for FCA US LLC*

**DEFENDANT FCA US LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE:
MOTION TO DISMISS (ECF #25)**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

_/s/  Kristyn Wong_____

**DEFENDANT FCA US LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE:**
**MOTION TO DISMISS (ECF #25)**